UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARIANA R. JORDAN,

    Plaintiff,

v.

JUSTIN D. KRAUSZ, JARED MISSEY,
ROBERT CARPENTER and THE VILLAGE
OF MARYVILLE,

    Defendants.

Case No. 17-cv-434-JPG-DGW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered on Count I (false arrest in violation of the Fourth Amendment) in favor of defendant Justin D. Krausz and against plaintiff Ariana R. Jordan and that Count I is dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that Count III against the defendant Village of Maryville (*Monell* claim for failure to train to prevent false arrest) and Count IV against defendants Robert Carpenter and the Village of Maryville (state law indemnity) are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that Count II against defendant Jared Missey (false arrest in violation of the Fourth Amendment) is dismissed without prejudice.

**DATED:** June 11, 2018        JUSTINE FLANAGAN, Acting Clerk of Court

                                      **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**